UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

CAMYIA U. JOHNSON                                                                                  PLAINTIFF

v.                                                                              CIVIL ACTION NO. 3:14cv304-DPJ-FKB

ERIC SHINSEKI, Secretary, Department of Veteran Affairs, et al.               DEFENDANTS

ORDER

This employment dispute is before the Court on Plaintiff Camyia U. Johnson's Motions for Entry of Default Judgment [38, 39]. Having reviewed the docket and Defendants' Responses [40, 41], the Court concludes that these motions are without merit. As explained in the January 16, 2015 Order [32] of Magistrate Judge F. Keith Ball, service as to Defendants Eric Shinseki and Joe Battle requires service on the United States Attorney for the Southern District of Mississippi as well as the United States Attorney General. *See* Fed. R. Civ. P. 4(i)(1), (2). The docket reflects that service was perfected as to the U.S. Attorney on January 28, 2015, and as to the Attorney General on January 30, 2015. Acknowledgment [34]; Return [36]. Because Defendants have sixty days after service is perfected to file an answer, *see* Fed. R. Civ. P. 12(a)(2), their answers were not yet due at the time the motion was filed. Moreover, the time for the filing of their answers has been extended by Court order to May 8, 2015. Accordingly, Johnson's Motions [38, 39] are without merit and are denied.

**SO ORDERED AND ADJUDGED** this the 3th day of April, 2015.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE